IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARCUS GLOVER,

    Petitioner,

v.                                                    CASE NO. 1:10-cv-00007-MP-AK

WALTER A MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc.14, Petitioner's motion for extension of time to file his reply. The motion is deficient because it is unsigned. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented."). Accordingly, it is

**ORDERED AND ADJUDGED:**

That a ruling on the motion, Doc. 14, is **DEFERRED** pending the submission of a signed copy of the motion. Petitioner shall file a signed copy by **September 10, 2010**, failing which the motion will be stricken.

**DONE AND ORDERED** this  *25th*  day of August, 2010

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge