IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARCUS GLOVER,

    Petitioner,

v.                                                  CASE NO. 1:10-cv-00007-MP-GRJ

WALTER A MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 16, Petitioner's motion for a 30-day extension of time to file his reply. Upon due consideration, it is **ORDERED**:

1. The motion, Doc. 16, is **GRANTED**.

2. Petitioner shall file his reply **on or before October 14, 2010.**

**DONE AND ORDERED** this 14th day of September 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge